**Denied and Opinion Filed November 21, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01293-CV

### IN RE TOYOTA MOTOR CORPORATION AND
### TOYOTA MOTOR SALES, U.S.A, INC., Relators

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-15296**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Boatright
Opinion by Justice Lang-Miers

In this original proceeding, relators seek relief from the trial court's November 2, 2017 order compelling relators to respond to certain discovery requests. To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relators have not established that the trial court clearly abused its discretion. Accordingly, we deny relators' petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a) (the court must deny the petition if the court determines relator is not entitled to the relief sought).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

171293F.P05